## ALFRED ANDERSON v. JOSEPH BRENNAN.[2]

### July 3, 1908.

### Nos. 15,663—(165).

Action in the municipal court of Minneapolis to recover possession of a bay mare or $140, the value thereof, and $200 damages for the detention. The case was tried before C. L. Smith, J., and a jury which rendered a verdict in favor of plaintiff for the immediate return of the property and in case it could not be returned for the sum of $140. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*Herbert E. Day*, for appellant.

*Anthony T. Grotte* and *T. Frank Courtney*, for respondent.

PER CURIAM.

This is an action in claim and delivery for a bay mare. The complaint was in the usual form. The answer was a general denial, with an affirmative

[1] Reported in 117 N. W. 231.    [2] Reported in 116 N. W. 1133.

allegation that the defendant was the owner of the mare. The jury returned a verdict for the plaintiff, and the defendant appealed from an order denying his motion for a new trial.

The only question presented for our consideration by the assignments of error is one of fact; that is, whether the verdict is sustained by the evidence. The pivotal question on the trial was the identity of the mare. The contention of defendant's counsel is to the effect that there is no substantial evidence to support the verdict. An examination of the evidence shows that it was conflicting and of a character that made the question of the identity of the animal manifestly one of fact for the jury. Their finding either way upon the question could not have been set aside as a matter of strict legal right. The verdict is sustained by the evidence.

Order affirmed.